# MINUTE ORDER

|  |  |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00591 LEK-RT |
| CASE NAME: | Christopher Zyda et al., vs. Four Seasons Hotels Ltd., et al., |

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 3/12/2020 |

COURT ACTION:  EO: COURT ORDER REGARDING PROPOSED ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

  On March 11, 2020, Plaintiff Christopher Zyda ("Zyda"), on behalf of himself and all others similarly situated (collectively "Class Plaintiffs"), submitted the proposed Order Granting Class Plaintiffs' Motion for Final Approval of Class Action Settlement ("Proposed Order").  The Proposed Order is HEREBY RETURNED to the Class Plaintiffs, who are DIRECTED to revise the Proposed Order to include a discussion of the lodestar cross-check for the attorneys' fees agreed upon as part of the Class settlement.  See, e.g., Ah Chong, et al. v. Bhanot, CV 13-00663 LEK-KSC, Order Granting [390] Renewed, Unopposed Motion for Award and Approval of Amended Settlement Regarding Attorneys' Fees and Costs and Services Awards to Named Plaintiffs and [396] Motion for Final Approval of Amended Class Action Settlement, filed 5/25/18 (dkt. no. 399), at ¶¶ 22-26.

  The Class Plaintiffs shall submit the revised version of the Proposed Order by **March 31, 2020**.  The revised version must be approved as to form by counsel for the other parties prior to submission.

  IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager