# MINUTE ORDER

CASE NUMBER:    CIVIL NO. 16-00591 LEK-RT

CASE NAME:    Christopher Zyda et al., v. Four Season Hotels Ltd., et al.,

JUDGE:    Leslie E. Kobayashi        DATE:    3/19/2020

COURT ACTION:  EO: COURT ORDER REGARDING MARCH 18, 2020 PROPOSED ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

On March 11, 2020, Plaintiff Christopher Zyda ("Zyda"), on behalf of himself and all others similarly situated (collectively "Class Plaintiffs"), submitted the proposed Order Granting Class Plaintiffs' Motion for Final Approval of Class Action Settlement ("3/11/20 Proposed Order"). On March 12, 2020, an entering order was issued returning the 3/11/20 Proposed Order to the Class Plaintiffs with instructions for revision ("3/12/20 EO"). [Dkt. no. 347.]

On March 18, 2020, the Class Plaintiffs submitted a revised proposed Order Granting Class Plaintiffs' Motion for Final Approval of Class Action Settlement ("3/18/20 Proposed Order"). The 3/18/20 Proposed Order is HEREBY RETURNED to the Class Plaintiffs, who are DIRECTED to revise the Proposed Order consistent with the 3/12/20 EO. Further, the Class Plaintiffs should not include a discussion of attorneys' fees under the common fund doctrine, which does not apply in this case because the parties did not follow regular common fund procedure in this case. See Staton v. Boeing Co., 327 F.3d 938, 969 (9th Cir. 2003) ("Under regular common fund procedure, the parties settle for the total amount of the common fund and shift the fund to the court's supervision. The plaintiffs' lawyers then apply to the court for a fee award from the fund." (citations omitted)).

The Class Plaintiffs shall submit the second revised proposed order by **April 2, 2020**. The second revised version must be approved as to form by counsel for the other parties prior to submission.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager