# MINUTE ORDER

CASE NUMBER:   CIVIL NO. 16-00591 LEK-RT

CASE NAME:   Christopher Zyda et al., v. Four Season Hotels Ltd., et al.,

JUDGE:   Leslie E. Kobayashi        DATE:   3/23/2020

COURT ACTION:  EO: COURT ORDER REGARDING MARCH 20, 2020 PROPOSED ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

On March 11, 2020, Plaintiff Christopher Zyda ("Zyda"), on behalf of himself and all others similarly situated (collectively "Class Plaintiffs"), submitted the proposed Order Granting Class Plaintiffs' Motion for Final Approval of Class Action Settlement ("3/11/20 Proposed Order"). On March 12, 2020, an entering order was issued returning the 3/11/20 Proposed Order to the Class Plaintiffs with instructions for revision ("3/12/20 EO"). [Dkt. no. 347.] On March 18, 2020, the Class Plaintiffs submitted a revised proposed Order Granting Class Plaintiffs' Motion for Final Approval of Class Action Settlement ("3/18/20 Proposed Order"). On March 19, 2020, an entering order was issued returning the 3/18/20 Proposed Order with further instructions for revision ("3/19/20 EO"). [Dkt. no. 348.]

On March 20, 2020, the Class Plaintiffs submitted a second revised proposed Order Granting Class Plaintiffs' Motion for Final Approval of Class Action Settlement ("3/20/20 Proposed Order"). Although the 3/20/20 Proposed Order addresses **some** of the instructions in the 3/12/20 EO and the 3/19/20 EO, it is still insufficient. The 3/20/20 Proposed Order is therefore RETURNED to the Class Plaintiffs, who are DIRECTED to revise the Proposed Order consistent with the 3/12/20 EO and the 3/19/20 EO. Specifically, the 3/20/20 Proposed Order states:

> Here, Class Counsel presented declarations within their motion for preliminary approval of settlement to conduct a lodestar "cross-check" to verify the reasonableness of the requested award. Based on this information, a lodestar cross check results in a *negative* lodestar of less than .75, which further supports Class Counsel's fee request.

[3/20/20 Proposed Order at 9 (emphasis in original) (footnote omitted).] The cited declarations do not provide sufficient support for a lodestar cross-check. See Class Plfts.'

Motion for Preliminary Approval of Class Settlement ("Preliminary Approval Motion"), filed 10/25/19 (dkt. no. 331), Decl. of P. Kyle Smith at 12; Preliminary Approval Motion, Decl. of Terrance M. Revere at ¶ 11.  The Class Plaintiff are INSTRUCTED that, to be considered in the lodestar cross-check analysis, each attorney(s) and staff person who worked on the case must have a separate amount of hours spent and a separate hourly rate.

The Class Plaintiffs shall submit the third revised proposed order by **April 2, 2020**. The third revised version must be approved as to form by counsel for the other parties prior to submission.

IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager