# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 16-00591 LEK-RT |
| CASE NAME: | Christopher Zyda et al., vs. Four Seasons Hotels and Resorts, et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 03/05/2021 |

COURT ACTION:  EO: COURT ORDER INFORMING THE PARTIES OF THE COURT'S INTENT TO CLOSE THE CASE

    On April 1, 2020, the Order Granting Class Plaintiffs' Motion for Final Approval of Class Action Settlement was issued ("4/1/20 Order").  [Dkt. no. 352.]  Since the 4/1/20 Order, the parties have not filed any further documents, nor have they submitted a stipulation to dismiss to this Court for approval.

    The parties are HEREBY INFORMED that this Court will issue an order dismissing all claims in this case, pursuant to the parties' settlement, and closing the case on **March 15, 2021**, unless any party files a status letter explaining why the claims in this case should not be dismissed.  Any status letter must be filed by no later than **March 12, 2021**.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager