UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER ZYDA, ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FOUR SEASONS HOTELS AND RESORTS, FOUR SEASONS HOLDINGS, INC., FOUR SEASONS HUALALAI RESORT, HUALALAI RESIDENTIAL, LLC, HUALALAI INVESTORS, LLC, KAUPULEHU MAKAI VENTURE, HUALALAI DEVELOPMENT COMPANY, HUALALAI VILLAS & HOMES, HUALALAI INVESTORS, LLC, HUALALAI RENTAL MANAGEMENT, LLC, DOES 1-100,  FOUR SEASONS HOTELS LIMITED,<br><br>　　　　　Defendants,<br><br>JAMES R. MAHONEY, ANN MARIE MAHONEY, JUDITH RUNSTAD, H. JON RUNSTAD, JONATHAN SEYBOLD, PATRICIA SEYBOD, DAVID KEYES, DOREEN KEYES, JULIE WRIGLEY, KEVIN REEDY, LYNN REEDY, BRADLEY CHIPPS, and J. ORIN EDSON,<br><br>　　　　　Intervenors. | CIV. NO. 16-00591 LEK-RT |

**ORDER DISMISSING CASE WITH PREJUDICE**

　　　　On January 30, 2020, Plaintiff Christopher Zyda, on behalf of himself and all others similarly situated (collectively "Class Plaintiffs"), filed the Motion for Final

Approval of Class Action Settlement ("Final Approval Motion"). [Dkt. no. 345.]  A final fairness hearing was held on March 6, 2020, [Minutes, filed 3/6/20 (dkt. no. 346),] and the Order Granting Class Plaintiffs' Motion for Final Approval of Class Action Settlement was issued on April 1, 2020 ("4/1/20 Order"), [dkt. no. 352].

On March 5, 2021, an entering order was issued ("3/5/21 EO") in which this Court noted that, since the 4/1/20 Order, the parties have not filed any further documents in this case, nor have they submitted a stipulation to dismiss for this Court's approval.  [Dkt. no. 353.]  The 3/5/21 EO informed the parties that all remaining claims in this case would be dismissed, pursuant to the parties' settlement, and the case would be closed, unless a status letter was filed explaining why the case should be dismissed.  No party submitted a status letter in response to the 3/5/21 EO.

The parties' settlement agreement provided that all remaining claims and parties were to be dismissed with prejudice.  See Mem. in Supp. of Final Approval Motion, Exh. 1 (Settlement and Release Agreement) at 4.[1]  Based on the 4/1/20 Order and the terms of the parties' settlement, all remaining

---

[1] Exhibit 1 is an unexecuted version of the agreement, but no party has contested the Class Plaintiffs' representation that Exhibit 1 is an accurate representation of the terms of the parties' settlement.

claims in this case are HEREBY DISMISSED WITH PREJUDICE.  The Clerk's Office is therefore DIRECTED to close the case immediately.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, March 15, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**CHRISTOPHER ZYDA, ET AL. VS. FOUR SEASONS HOTELS AND RESORTS, ET AL.; CV 16-00591 LEK-RT; ORDER DISMISSING CASE WITH PREJUDICE**